Daniel C. Cotman (CBN 218315)
dan@cotmanip.com
Obi I. Iloputaife (CBN 192271)
obi@cotmanip.com
Jayson S. Sohi (CBN 293176)
jayson@cotmanip.com
COTMAN IP LAW GROUP, PLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX: (626) 316-7577
*Attorneys for Plaintiff*
*Field 16, LLC d/b/a Heavy 16*

Gary Hecker (CBN 099008)
ghecker@heckerlaw.com
James Slominski (CBN 166357)
jslominski@heckerlaw.com
*Attorneys for Defendants*
*Success Nutrients, Inc.*
*and Medicine Man Technologies, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Field 16, LLC d/b/a Heavy 16, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Success Nutrients, Inc., a Colorado Corporation; and Medicine Man Technologies, Inc., a Colorado Corporation,<br><br>Defendants. | Case No. 2:17-cv-06399-ODW-GLS<br>Hon. Otis D. Wright<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[[PROPOSED] ORDER SUBMITTED HEREWITH]**<br><br>**[CASE CLOSED]** |

Plaintiff Field 16, LLC d/b/a Heavy 16 ("Plaintiff") and Defendants Success Nutrients, Inc. and Medicine Man Technologies, Inc. (collectively "Defendants") (jointly "the Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS Plaintiff filed its complaint on August 29, 2017;

WHEREAS the Court has dismissed the Action without Prejudice based on a stipulation of the Parties filed on November 20, 2017;

WHEREAS the Court issued an order on January 17, 2018 setting May 15, 2018 for the Parties to dismiss the Action with Prejudice;

WHEREAS the Parties have entered a settlement agreement pursuant to which the Parties have agreed to dismiss this Action with Prejudice, with each Party bearing its own costs and attorneys fees;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel, that this case will be dismissed with each party bearing its own costs and attorneys fees.

DATED:  May 8, 2018 **COTMAN IP LAW GROUP, PLC**

By: */s/ Daniel C. Cotman*
Daniel C. Cotman
*Attorneys for Plaintiff Field 16, LLC d/b/a Heavy 16*

DATED: May 8, 2018 By: */s/ James Slominski*
*Attorney for Defendants Success Nutrients, Inc. and Medicine Man Technologies, Inc.*

**ATTESTATION**

I, Daniel C. Cotman, am the CM/ECF user whose ID and password are being used to file this **JOINT STIPULATION RE: DISMISSAL WITH PREJUDICE.** In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that James Slominski has concurred in this filing.

*/s/ Daniel C. Cotman*
Daniel C. Cotman

**JOINT STIPULATION RE: DISMISSAL WITH PREJUDICE**